UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**BRYANT MORRIS,**

        **Plaintiff,**   **Case No. 06-C-116**

  **v.**

**CATHY JESS and**
**MICHAEL BECK,**

        **Defendants.**

## DECISION AND ORDER

Bryant Morris, who is proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Pursuant to the Prison Litigation Reform Act (PLRA), the plaintiff is required to pay the statutory filing fee of $250.00 for this action. See 28 U.S.C. § 1915(b)(1).

By order dated January 27, 2006, the plaintiff was ordered to forward to the clerk of court by February 26, 2006, the sum of $8.20 as an initial partial filing fee in this action. The plaintiff was advised that, upon payment of this fee, the court would determine whether the action can proceed in forma pauperis. To date the plaintiff has not paid this partial filing fee. From his failure to pay the initial filing fee this court infers that the plaintiff no longer wants to prosecute this action. Therefore, the court will dismiss this case without prejudice.

The court notes that by letter of March 2, 2006, the plaintiff has asked for copies of "complaints" he has filed with Dodge Correctional Institution. (Doc. #4). However, it is unclear what the plaintiff is requesting. To the extent he desires copies of his Inmate Complaints, the court does not have access to these records.

**NOW, THEREFORE, IT IS ORDERED** that this action be and hereby is dismissed without prejudice for failure to prosecute.

**IT IS FURTHER ORDERED** that this dismissal will not be counted as a "strike" under 28 U.S.C. § 1915(g).

**IT IS ALSO ORDERED** that copies of this order be sent to the warden of the institution where the inmate is confined and to Corey F. Finkelmeyer, Assistant Attorney General, Wisconsin Department of Justice, P.O. Box 7857, Madison, Wisconsin, 53707-7857.

Dated at Milwaukee, Wisconsin, this 13 day of March, 2006.

/s
LYNN ADELMAN
U.S. District Judge